

CA 05-115E