IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELMER WILLIAMS
    PETITIONER

V.

FRANKLIN TENNIS
    RESPONDENT

CA. NO. 05-115 ERIE

( SUSAN P. BAXTER
  U.S.M.J )

## PETITIONERS MOTION TO VOLUNTARILY WITHDRAW HIS PETITION FOR A WRIT OF HABEAS CORPUS

PETITIONER, ELMER WILLIAMS, PRO SE, RESPECTFULLY MOVES THIS HONORABLE COURT TO ALLOW HIM TO VOLUNTARILY WITHDRAW HIS PETITION FOR A WRIT OF HABEAS CORPUS AND REPRESENTS:

1. ON APRIL 14, 2005, PETITIONER FILED A PETITION FOR A WRIT OF HABEAS CORPUS IN THE U.S DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2. ON APRIL 21, 2005, THE HONORABLE MAGISTRATE JUDGE

Susan P. Baxter issued an order for the U.S Marshalls to issue process upon the respondent, Erie County District Attorney and the Attorney General of Pennsylvania.

3. The Hon. Magistrate Judge Baxter further ordered the above parties to respond to the allegations of the petition for a writ of habeas corpus within twenty (20) of the service of the courts order.

4. As of this date filing, the respondent nor the District Attorney has served a response upon petitioner.

5. On July 14, 2005, Francis Filipi, Senior Deputy Attorney General sent correspondence to Erie County District Attorney, Brad Foulk informing of federal procedure rules requiring an answer to the petition for writ of habeas corpus.

6. Petitioner, after conducting extensive research has discovered this court lacks jurisdiction to hear his petition for a writ of habeas corpus due to a procedural default.

7. Pursuant to 28 USC 2254, provides in pertinent part:

   (b)(1) "An application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgement of a state court shall not be granted unless it appears that —
   
   (A) the applicant has exhausted the remedies available in the courts of the state..."

8. Petitioner has not exhausted his available state remedies because he has not received disposition of his pending appeal in PA. Superior Court and has not appealed to the PA Supreme Court which would finalize his exhaustion requirement.

9. In the interests of judicial economy, and to preserve his appeal rights to file any possible future petitions when ripe for consideration by this Honorable Court, Petitioner respectfully requests he be permitted to voluntarily withdraw his current petition for a writ of habeas corpus presently before the Court.

10. Petitioner preserves and does not waiver any legal claims within his petition as a result of his voluntary withdrawal. The Court has not decided on the

merits

of his Petition for a Writ of Habeas Corpus.

WHEREFORE, based upon the foregoing, as a matter of law, Petitioner respectfully requests this Honorable Court issue an Order acknowledging Petitioner has voluntarily withdrawn his Petition for a Writ of Habeas Corpus.

Respectfully Submitted,

*Elmer Williams*

ELMER WILLIAMS FR6976
SCI ROCKVIEW
BOX A.
BELLEFONTE, PA. 16823

DATE: 9-21-05

(4)

CERTIFICATE OF SERVICE

I, ELMER WILLIAMS, HEREBY CERTIFY THAT I HAVE THIS 21 DAY OF September 2005, SERVED A TRUE AND CORRECT COPY OF THE FOREGOING <u>MOTION TO WITHDRAW PETITION FOR A WRIT OF HABEAS CORPUS</u> TO THE PERSON AND IN THE MANNER INDICATED BELOW BY PLACING THE SAME IN THE LEGAL MAILBOX AT SCI ROCKVIEW, PA. ADDRESSED AS FOLLOWS

U.S. MAIL, FIRST CLASS, POSTAGE PREPAID.

BRAD FOULK, DISTRICT ATTORNEY
ERIE COUNTY COURTHOUSE
140 W. 6th ST
ERIE, PA. 16561-1030

*Elmer Williams*
ELMER WILLIAMS
FR6976
BOX A
BELLEFONTE, PA 16823