IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELMER WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-115 Erie |
| ) | |
| FRANKLIN TENNIS, et al., ) | |
| ) | |
| Respondents. ) | |

### ORDER

AND NOW, this 29th day of September, 2005, upon consideration of the Petitioner's Motion to Voluntarily Withdraw his Petition for Writ of Habeas Corpus [Doc. No. 7], IT IS HEREBY ORDERED that the Motion is GRANTED.

The clerk is directed to mark the case closed.


                                                s/ Sean J. McLaughlin
                                                United States District Judge


cc: All parties of record.